AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

NATIONAL GRANGE MUTUAL INSURANCE COMPANY,
as Subrogee of Gary and Amanda Kazowski,
Plaintiff
               V.
AMERICAN STANDARD, INC.,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04-40227

TO: (Name and address of Defendant)
American Standard, Inc.
c/o CT Corporation, Registered Agent
101 Federal Street, Suite 300
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roy P. Giarrusso, Giarrusso, Norton, Cooley & McGlone, Marina Bay, 308 Victory Rd., Quincy, MA 02171

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                   November 1, 2004
CLERK                                              DATE

_Kathleen Nassett_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 8, 2004 |
| NAME OF SERVER (PRINT) Robert J. Messina | TITLE Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation
    101 Federal Street, Boston, MA
    Left with Yvette Concepcion, Person In Charge

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $50.00 | TOTAL $̶0̶.̶0̶0̶  $50.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 8, 2004
            Date

*Signature of Server*  Robert J. Messina

P.O. Box 339, Weymouth, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.