IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY<br>As Subrogee of Gary and Amanda Kazowski<br>55 West Street<br>Keene, New Hampshire 03431,<br>      Plaintiff(s),<br><br>v.<br><br>AMERICAN STANDARD, INC.<br>One Centennial Avenue<br>P.O. Box 6820<br>Piscataway, NJ 08855 | Civil Action No. 04-40227 / DS<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

*TO THE CLERK OF THE ABOVE NAMED COURT:*

    Please enter our appearance as counsel in this case for the defendants, American Standard, Inc., in the above-entitled case.

                  The Defendants,
                  AMERICAN STANDARD INC.
                  By its Attorneys,

                  A. Bernard Guekguezian, BBO # 559191
                  Judith Feinberg, BBO #647511
                  Adler, Cohen, Harvey, Wakeman
                    & Guekguezian, LLP
                  230 Congress Street
                  Boston, MA 02110
                  (617) 423-6674