## CERTIFICATE OF SERVICE

I, Judith Feinberg, attorney for the defendant, American Standard Inc., hereby certify that on November 24, 2004 , I served a copies of the following:

1.    Notice of Appearance; and

2.    Answer of the Defendant, American Standard Companies, to the Plaintiff's Complaint

by mailing same, postage prepaid to:

Roy P. Giarrusso, Esq.
Christine Kelley Tramontana, Esq.
Giarrusso, Norton, Cooley & Mcglone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171

_____
Judith Feinberg