IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY as Subrogee of Gary and Amanda Kazowski,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN STANDARD, INC.,<br><br>    Defendant. | Civil Action No.: 04-40227 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of Christine Kelley Tramontana, Giarrusso, Norton, Cooley & McGlone, P.C., 308 Victory Road, Quincy, MA 02171 as counsel for the plaintiff in the above-captioned matter. Attorney Roy P. Giarrusso shall remain as counsel for the plaintiff in this matter.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its attorneys,

Dated: March 18, 2005

*Christine Kelly Tramontana (CAC)*
Roy P. Giarrusso BBO# 549470
Christine Kelley Tramontana, BBO# 644849
GIARRUSSO, NORTON, COOLEY
  & MCGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

*Erick J. Kirker* (signature) (CAC)
Erick J. Kirker
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215) 665-2172
*Admitted Pro Hac Vice*