IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY as Subrogee of Gary and Amanda Kazowski,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STANDARD, INC.,<br><br>Defendant. | Civil Action No.: 04-40227 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter the appearance of Curtis A. Connors of Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Road, Quincy, MA 02171, as counsel to the plaintiff, National Grange Mutual Insurance Company, in the above-captioned matter.

Dated: March 18, 2005

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its attorneys,

_____
Roy P. Giarrusso BBO# 549470
Curtis A. Connors, BBO# 630288
GIARRUSSO, NORTON, COOLEY
  & MCGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

_Erick J. Kirker_ (LAC)
Erick J. Kirker
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215) 665-2172
*Admitted Pro Hac Vice*