<u>CERTIFICATE OF SERVICE</u>

I, Curtis A. Connors, hereby certify that I have this day served the within by causing copies thereof to be mailed, by first-class mail, to Attorney Judith Feinberg, Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, 230 Congress Street, Boston, MA 02110.

Curtis A. Connors

Dated:  March 18, 2005