UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY<br>As Subrogee of Gary and Amanda Kazowski<br>55 West Street<br>Keene, New Hampshire  03431,<br>    Plaintiff(s),<br><br>v.<br><br>AMERICAN STANDARD, INC.<br>One Centennial Avenue<br>P.O. Box 6820<br>Piscataway, NJ  08855 | Civil Action No.  04-40227 |

## JOINT STATEMENT OF THE PARTIES

1.  <u>Rule 26(a)(1) Initial Disclosures</u>

    The parties propose that initial disclosures be exchanged on or before April 15, 2005.

2.  <u>Amendments to Complaint and Answer</u>

    The parties propose that amendments to the Complaint and Answer, if any, be made on or before June 1, 2005.

3.  <u>Written Discovery</u>

    The parties propose that Requests for Production of Documents and Interrogatories shall be served on or before June 1, 2005.  Requests for Admissions, if any, shall be served on or before  August 1, 2005.

4.   Depositions

The parties propose that all depositions other than expert depositions shall be completed on or before November 1, 2005.

5.   Deadline, Fact Discovery

The parties propose that fact discovery shall close on November 1, 2005.

6.   Identification of Experts

The parties agree that the plaintiff shall serve expert disclosures on or before December 15, 2005.  The parties further agree that the defendant shall designate its experts on or before January 15, 2006.

7.   Expert Depositions

The parties agree that the depositions of the plaintiff's experts shall be completed on or before January 15, 2006.  The parties further agree that the deposition of the defendant's experts shall be completed on or before February 15, 2006.

8.   Filing of Dispositive Motions

Summary judgment and other dispositive motions shall be filed no later than April 1, 2006.  Oppositions to summary judgment and other dispositive motions shall be filed no later than twenty-one (21) days after service and filing of the Motion opposed.

9.   Trial by Magistrate

The parties do not consent to trial by magistrate.

10.  Continued Supervision/Discovery Master

The parties do not believe that a discovery master will be required.

| The Plaintiff, | The Defendants, |
|---|---|
| NATIONAL GRANGE | AMERICAN STANDARD INC. |
| MUTUAL INSURANCE CO. | By its Attorneys, |
| Subrogee, | |
| By its Attorneys, | |
| | |
| _s/ Erick J. Kirker_ | _s/ Judith Feinberg_ |
| Erick J. Kirker, Esq. | A. Bernard Guekguezian, Esq. |
| Appearing *pro hac vice* | BBO # 559191 |
| Cozen O'Connor, P.C. | Judith Feinberg, |
| 1900 Market Street | BBO #647511 |
| Philadelphia PA 19103 | Adler, Cohen, Harvey, Wakeman |
| (215) 665-2000 | & Guekguezian, LLP |
| | 230 Congress Street |
| AND | Boston, MA 02110 |
| | (617) 423-6674 |
| | |
| _s/ Curtis A. Connors_ | |
| Roy P. Giarrusso, Esq., BBO# 549470 | |
| Curtis A. Connors, Esq., BBO# 630288 | |
| GIARRUSSO, NORTON, COOLEY | |
| & McGLONE, P.C. | |
| Marina Bay | |
| 308 Victory Road | |
| Quincy, MA  02171 | |
| 617-770-2900 | |
| Attorney for Plaintiff | |

Dated: March 18, 2005