IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY, as Subrogee of Gary and Amanda Kazowski,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN STANDARD, INC.,<br><br>    Defendant. | Civil Action No.: 04-40227 |

## CERTIFICATION

On behalf of plaintiff National Grange Mutual Insurance Company, as subrogee of Gary and Amanda Kazowski, we hereby certify that we have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation;

(b) To consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4; and

(c) To provide Giarrusso, Norton, Cooley & McGlone, P.C. and Cozen O'Connor with the authorization to make certain determinations on these issues on behalf of National Grange Mutual Insurance Company.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its attorneys,

*[signature]*

Roy P. Giarrusso BBO# 549470
Curtis A. Connors, BBO# 630288
GIARRUSSO, NORTON, COOLEY
  & MCGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

*[signature]*

Erick J. Kirker
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215) 665-2172
*Admitted Pro Hac Vice*

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
BY:

*[signature]*
Sharon Roy