UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY As Subrogee of Gary and Amanda Kazowski 55 West Street Keene, New Hampshire 03431, Plaintiff(s), v. AMERICAN STANDARD, INC. One Centennial Avenue P.O. Box 6820 Piscataway, NJ 08855 | Civil Action No. 04-40227 |

## CERTIFICATION PURSUANT TO LOCAL RULES 16.1 AND 16.4

Pursuant to Local Rules 16.1 and 16.4, the defendant, American Standard Corporation, by and through its agent, Allan Tananbaum, and its counsel, Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, have conferred about the cost of the full course of this litigation and to consider the resolution of the litigation by use of alternative dispute resolution programs.

For the Defendant, American Standard Corporation.

_____
Allan Tananbaum

Attorney for the Defendant:

_____
A. Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
  & Guekguezian, LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

## CERTIFICATE OF SERVICE

    I, Judith Feinberg, attorney for the defendant, American Standard Inc., hereby certify that on March 23, 2005, I served a copies of the following:

    1.    ADR Certification

by mailing same, postage prepaid to:

Roy P. Giarrusso, Esq.
Christine Kelley Tramontana, Esq.
Giarrusso, Norton, Cooley & Mcglone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171

Judith Feinberg