UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY<br>As Subrogee of Gary and Amanda Kazowski<br>55 West Street<br>Keene, New Hampshire 03431,<br>        Plaintiff(s),<br><br>v.<br><br>AMERICAN STANDARD, INC.<br>One Centennial Avenue<br>P.O. Box 6820<br>Piscataway, NJ 08855 | Civil Action No. 04-40227 |

### CERTIFICATION PURSUANT TO LOCAL RULES 16.1 AND 16.4

Pursuant to Local Rules 16.1 and 16.4, the defendant, American Standard Corporation, by and through its agent, Allan Tananbaum, and its counsel, Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, have conferred about the cost of the full course of this litigation and to consider the resolution of the litigation by use of alternative dispute resolution programs.

For the Defendant, American Standard Corporation.

_____
Allan Tananbaum

Attorney for the Defendant:

_____
A. Bernard Guekguezian, BBO #559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
   & Guekguezian, LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

## CERTIFICATE OF SERVICE

I, Judith Feinberg, attorney for the defendant, American Standard Inc., hereby certify that on March 30, 2005 , I served a copies of the following:

1.  ADR Certification

by mailing same, postage prepaid to:

Roy P. Giarrusso, Esq.
Christine Kelley Tramontana, Esq.
Giarrusso, Norton, Cooley & Mcglone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171

Erick J. Kirker, Esq.
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA  19103

_____
Judith Feinberg