UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY<br>As Subrogee of Gary and Amanda Kazowski<br>55 West Street<br>Keene, New Hampshire 03431,<br>      Plaintiff(s),<br><br>v.<br><br>AMERICAN STANDARD, INC.<br>One Centennial Avenue<br>P.O. Box 6820<br>Piscataway, NJ 08855 | Civil Action No. 04-40227 |

## NOTICE OF CHANGE OF FIRM ADDRESS

TO THE CIVIL CLERK:

Pursuant to Massachusetts Rules of Civil Procedure, Rule 11(d), notice of a change of firm address is hereby given and is effective June 6, 2005 as follows:

ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
Telephone: (617) 423-6674
Telefax: (617) 423-7152

Our telephone and telefax numbers will remain the same.

A copy of this notice has been forwarded to all counsel of record.

The Defendants,
AMERICAN STANDARD INC.
By its Attorneys,

_____
A. Bernard Guekguezian, BBO # 559191
Judith Feinberg, BBO #647511
Adler, Cohen, Harvey, Wakeman
  & Guekguezian, LLP
230 Congress Street
Boston, MA 02110
(617) 423-6674

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by [illegible]