IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL GRANGE MUTUAL :
INSURANCE COMPANY :
as Subrogee of Gary and Amanda :
Kazowski : Civil Action No.: 04-40227
       Plaintiff, :
:
v. :
:
AMERICAN STANDARD, INC. :
       Defendant :

### STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)

Pursuant to the terms and conditions of the Settlement Release Agreement, it is hereby stipulated and agreed by and between the parties that the above-entitled action be dismissed, with prejudice.

COZEN O'CONNOR

BY: _____
ERICK J. KIRKER *(Admitted Pro Hac Vice)*
Attorney for Plaintiff National Grange Mutual Insurance Company a/s/o Gary and Amanda Kaszowski

Dated: 8/4/05

ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP

BY: _____
A. Bernard Guekguezian, BBO#559191
Attorney for Defendant American Standard, Inc.,

Dated: 8/4/05

## CERTIFICATE OF SERVICE

I, Judith Feinberg, attorney for the defendant, American Standard Inc., hereby certify that on August 9, 2005 , I served a copies of the following:

1. Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(ii)

by mailing same, postage prepaid to:

Christine Kelley Tramontana, Esq.
Giarrusso, Norton, Cooley & Mcglone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171

Erick J. Kirker, Esq.
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA  19103

_____
Judith Feinberg